UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE W. FLOOD and MARGARET FLOOD<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY<br><br>Defendant. | Civil Action No. 04-10585RGS |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiffs and defendant Ameriquest Mortgage Company, n/k/a Argent Mortgage Corporation, subject to the approval of the Court, that the time within which defendant may move, answer or otherwise respond to the Complaint in this action is extended through and including May 3, 2004.

_____
John C. Englander   (BBO 542532)
James W. McGarry  (BBO 633726)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000

_____
Christopher Lefebvre (BBO 629056)
P.O. Box 479
Pawtucket, RI  02860
401-728-6060

SO ORDERED this ____ day of _____, 2004.

_____
Stearns, J.

LIBA/1372187.1

# GOODWIN | PROCTER

James W. McGarry
617.570.1332
jmcgarry@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

April 16, 2004

**By Messenger**

Clerk's Office
U. S. District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Eugene W. Flood and Margaret Flood v. Ameriquest Mortgage Company*
(C.A. No. 04-10585RGS)

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find:

1.   Stipulation and Order.

Please acknowledge receipt of this by date-stamping the additional file-stamped copy provided for that purpose and returning it to me with the waiting messenger.

Thank you.

Sincerely yours,

James W. McGarry

JWM:cb
Enclosures

cc:   Christopher Lefebvre