IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE W. FLOOD and<br>MARGARET FLOOD,<br><br>    Plaintiffs,<br><br>v<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. 04-10585 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Ameriquest Mortgage Company, hereby discloses the following information:

Parent Corporation: ACC Capital Holdings Corporation.

Publicly held companies owning 10% or more of Ameriquest's stock: None.

/s/ John C. Englander
John C. Englander (BBO 542532)
James W. McGarry (BBO 633726)
Goodwin | Procter LLP
53 State Street
Boston, MA 02109
(617) 570-1000

Date: May 3, 2004

LIBA/1375576.1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 5-3-04.