IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -4  A 10: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EUGENE W. FLOOD and<br>MARGARET FLOOD,<br><br>  Plaintiffs,<br><br>v<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>  Defendant. | C.A. 04-10585 RGS |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiffs Eugene Flood and Margaret Flood and Defendant Ameriquest Mortgage Co. hereby submit the following Joint Statement pursuant to Local Rule 16.1(D).

**I.   Agenda of Matters to be Discussed at the Scheduling Conference**

  A.   Discovery Schedule.

  B.   Settlement posture.

  C.   Alternative dispute resolution. The parties have agreed that they do not wish to seek alternative dispute resolution of this matter at this time.

**II.  Discovery Plan and Proposed Schedule**

  A.   Initial Disclosures. Initial disclosures will be exchanged on or before June 24, 2004.

  B.   Discovery Limitations. The parties jointly propose that discovery events be limited as set forth in Local Rule 26.1(C), with the understanding that discovery events exceeding those permitted by Local Rule 26.1(C) may be undertaken only by agreement of the parties or, in the absence of such agreement, by leave of Court.

C. <u>Proposed Schedule.</u>

| EVENT | PROPOSED DATE |
|---|---|
| Discovery completed. | August 31, 2004 |
| Deadline for filing dispositive motions. | September 30, 2004 |
| Hearing on dispositive motions. | TBD |
| Final pre-trial conference | TBD |

III. **Certification Pursuant to Local Rule 16.1(D)(3)**

A. Plaintiffs' certification is attached hereto as Exhibit A.

B. Defendant's certification is attached hereto as Exhibit B.

IV. **Settlement**

Plaintiffs have forwarded a settlement proposal to Defendant pursuant to Local Rule 16.1(C). Defendant will be prepared to respond to the proposal, as further required by Local Rule 16.1, at the scheduling conference.

V. **Trial by Magistrate**

The parties do not consent to trial by Magistrate Judge at this time.

Respectfully submitted,

EUGENE W. FLOOD and
MARGARET FLOOD,

AMERIQUEST MORTGAGE COMPANY,

By their attorney,

By its attorneys,

_____
Christopher M. Lefebvre (BBO 629056)
Neville Bedford (BBO 658664)
P.O. Box 479
Pawtucket, RI 02860
401-728-6060

_____
John C. Englander (BBO 542532)
James W. McGarry (BBO 633726)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617-570-1000

Dated: June 4, 2004

LIBA/1239591.1

2