IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE W. FLOOD and<br>MARGARET FLOOD,<br><br>      Plaintiffs,<br><br>v<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)  04-10585 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

This certifies that the Plaintiffs' attorneys to the above captioned matter have conferred with their clients and opposing counsel as required by Local Rule 16.1(d)(3). The plaintiffs' attorneys expect costs to be minimized with no more than 2 depositions and one request for production of closing documents. At this time, the parties agree that Alternative Dispute Resolution is not appropriate.

Respectfully submitted,

EUGENE W. FLOOD and
MARGARET FLOOD,

By their attorney,

_____
Christopher M. Lefebvre (BBO 629056)

_____
Neville Bedford (BBO 658664)
LAW OFFICES OF CHRISTOPHER
LEFEBVRE
P.O. Box 479
Pawtucket, RI  02860
401-728-6060