IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4 A 10: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| EUGENE W. FLOOD and MARGARET FLOOD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v | ) ) |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
James W. McGarry (BBO# 553726)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
(617) 570-1000

_____
Kevin Barland
*Argent Mortgage Company*
*f/k/a Ameriquest Wholesale Mortgage Company*

LIBA/1384959.1