IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE W. FLOOD and<br>MARGARET FLOOD,<br><br>Plaintiffs,<br><br>v<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004 JUN -4 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

C.A. 04-10585 RGS

### ENTRY OF APPEARANCE

I, Neville J. Bedford, hereby enter my appearance on behalf of the Plaintiffs in the above captioned matter as co-counsel.

Respectfully submitted,

_[signature]_

Neville Bedford (BBO 658664)
Law Offices of Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02860
401-728-6060

Dated: Thursday, June 3, 2004

LIBA/1239591.1

## CERTIFICATION

**CERTIFICATE OF SERVICE**

I, Neville Bedford, certify that I caused a copy of the foregoing motion to be sent via postage paid US Mail to: John C. Englander & James W. McGarry, GOODWIN PROCTER LLP, Exchange Place, Boston, MA 02109 on June 3, 2004

_____
Neville J. Bedford

S:\WPFILES\Pending Consumer NON BK Cases\TILA\Flood v. Ameriquest\entry.doc