IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EUGENE W. FLOOD and        )
MARGARET FLOOD,            )
                           )
    Plaintiffs,            )          C.A. 04-10585 RGS
                           )
                           )
v                          )
                           )
AMERIQUEST MORTGAGE COMPANY, )
                           )
    Defendant.             )

## STIPULATION OF DISMISSAL

The parties to the above-captioned matter stipulate that this action is hereby dismissed in

its entirety with prejudice, each party bearing its own fees and costs.


EUGENE W. FLOOD and                 AMERIQUEST MORTGAGE COMPANY,
MARGARET FLOOD,

By their attorney,                  By its attorneys,


Christopher M. Lefebvre (BBO 629056)      James W. McGarry (BBO 633726)
P.O. Box 479                        GOODWIN PROCTER LLP
Pawtucket, RI  02860                Exchange Place
401-728-6060                        Boston, MA  02109
                                    617-570-1000


Dated:  November 1, 2004


LIBA/1239591.1